SHEARER *v.* THE EVANSVILLE, INDIANAPOLIS, AND CLEVE-
LAND STRAIGHT LINE RAILROAD COMPANY.

APPEAL from the *Morgan* Circuit Court.

*Per Curiam.*—Action by the company against *Shearer* on a subscription to the capital stock of the company. The subscription is as follows, viz.:

"The undersigned subscribe to the capital stock of the *Evansville, Indianapolis, and Cleveland Straight Line Railroad Company*, the amounts and lands attached to our names, upon the following express conditions: That the road shall be permanently located on the east side of *White* river, within one mile of the line run between *Indianapolis* and *Spencer*.

*August* 11, 1853.    [Signed]    *William Shearer*, 20,
                    if *Martinsville* is made a point."

The complaint avers that the plaintiff has in all things fully performed the condition of the subscription.

There was a general denial filed, as well as other pleadings, which it is unnecessary to notice.

Trial by the Court, and finding for the plaintiff. Judgment on the finding, a motion for a new trial being overruled.

In a case between the same parties (10 Ind. R. 244), it was settled that the defendant was not liable on the subscription until the plaintiffs had performed the conditions upon which the subscription was made.

Upon a careful examination of the testimony, we think it was not proven that the plaintiffs had performed all the

conditions.   We think the evidence does not show that <span style="float:right">May Term,</span>
the road was permanently located "within one mile of the <span style="float:right">1859.</span>
line run between *Indianapolis* and *Spencer.*"  This was an <span style="float:right">KERSCH-</span>
essential part of the condition—as much so as that the <span style="float:right">BAUGHER<br>v.</span>
road should be located on the east side of *White* river, or <span style="float:right">SLUSSER.</span>
that *Martinsville* should be made a point.   For this reason
the motion for a new trial should have prevailed.

The judgment is reversed with costs.   Cause remanded
for a new trial.

*W. R. Harrison, J. W. Gordon,* and *J. H. Connor,* for
the appellant.